Case 2:18-cr-00173-GW    Document 5458    Filed 01/24/25    Page 1 of 3    Page ID #:37887

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN RODRIGUEZ,<br><br>Defendant. | Case No. CR 18-173-GW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On January 24, 2025, Defendant Jonathan Rodriguez made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on November 20, 2024. Deputy Federal Public Defender JShannon Coit was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Thi Ho. Defendant submitted on recommendation of detention in the report prepared by Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☒ the petition alleges that Defendant was convicted of violating a domestic violence restraining order and failed to report to his Probation Officer within 72 hours of his release from imprisonment on November 7, 2024 as instructed.

   ☒   poor history of compliance while on supervised release, including previous violations of supervised release.

   ☒   Defendant has multiple aliases and an active and lengthy criminal history.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☒ allegations in the petition (see above);
   ☒ criminal history.

### III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: January 24, 2025

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE