FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jonathon Rodriguez, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:18-cr-00173-GW<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

   On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

   1.   The court finds that no condition or combination of conditions will reasonably assure:

        A.   (✓) the appearance of defendant as required; and/or

        B.   (✓) the safety of any person or the community.

///
///
///
///
///

```
 1      2.   The Court concludes:
 2           A.   (✓) Defendant has failed to demonstrate by clear and
 3                convincing evidence that he is not likely to pose
 4                a risk to the safety of any other persons or the
 5                community.  Defendant poses a risk to the safety
 6                of other persons or the community based on:
 7                _____
 8                _____
 9                _____
10                _____
11                _____

12           B.   (✓) Defendant has failed to demonstrate by clear and
13                convincing evidence that he is not likely to flee
14                if released.  Defendant poses a flight risk based
15                on: _____
16                _____
17                _____
18                _____
19                _____

21      IT IS ORDERED that defendant be detained.

23      DATED:  8/1/2025

                                    _____
                                    HONORABLE JACQUELINE CHOOLJIAN
                                    United States Magistrate Judge
```